# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-1781

_____

Robert 5X White,                                    *
                                                    *
                    Appellant,                      *
                                                    *
        v.                                          *
                                                    *   Appeal from the United States
M. D. Reed, Warden, Cummins Unit,                   *   District Court for the
Arkansas Department of Correction;                  *   Eastern District of Arkansas.
Michael Deloney, Hearing Officer,                   *       [UNPUBLISHED]
Cummins Unit, Arkansas Department                   *
of Correction,                                      *
                                                    *
                    Appellees.                      *

_____

Submitted:   September 23, 1998

Filed:   October 22, 1998

_____

Before WOLLMAN, HANSEN, and KELLY, Circuit Judges.

_____

PER CURIAM.

        Arkansas inmate Robert 5X White appeals from the district court's[1] adverse grant
of summary judgment in his 42 U.S.C. § 1983 action and filed a motion "to grant"

_____

[1]The Honorable H. David Young, United States Magistrate Judge for the Eastern
District of Arkansas, to whom the case was referred for final disposition by consent of
the parties pursuant to 28 U.S.C. § 636(c).

his complaint.  Having reviewed the record and the parties' submissions, we affirm the judgment for the reasons set forth in the district court's order.  <u>See</u> 8th Cir. R. 47B.  We deny White's motion to grant his complaint.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.